

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00318-CV

GLENN WINNINGHAM, HOUSE OF FEARN                    APPELLANT

V.

CITY OF FORT WORTH, LAETITIA                    APPELLEES
COLEMAN BROWN, SARAH J.
FULLENWIDER, OFFICER C.
PAGE, NINFA MARES, JAMES D.
ROGERS, JEFFREY HALSTEAD,
AND WILLIAM RUMULY

------------

### FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY

------------

## ORDER

------------

Appellant is attempting to appeal orders rendered on February 15, 2013 and August 21, 2013, in a trial court case in which he had also named the Chief Justice and Clerk of this court, in their official capacities, as defendants. Accordingly, all seven justices on this court recuse themselves from participating in this appeal.  *See* Tex. R. App. P. 16.2; Tex. R. Civ. P. 18b(b).

Because no justice of this court is available to participate in this appeal, this court requests the Chief Justice of the Supreme Court of Texas to transfer this appeal to another court of appeals for good cause for that court to file and decide this appeal. *See* Tex. Gov't Code Ann. § 73.001 (Vernon 2005); *Miles v. Ford Motor Co.*, 914 S.W.2d 135, 137 (Tex. 1995).

A copy of this order shall be transmitted to appellant, the Texas Supreme Court, all attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

DATED October 2, 2013.

(signature pages attached)

_/s/ Terrie Livingston_
TERRIE LIVINGSTON
CHIEF JUSTICE

/s/ Lee Ann Dauphinot
LEE ANN DAUPHINOT
JUSTICE

/s/ Anne Gardner
ANNE GARDNER
JUSTICE

<u>/s/ Sue Walker</u>
SUE WALKER
JUSTICE

/s/ Bob McCoy
BOB MCCOY
JUSTICE

/s/ Bill Meier
BILL MEIER
JUSTICE

<u>/s/ Lee Gabriel</u>
LEE GABRIEL
JUSTICE